**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LAMAROL ABRAM, | : | No. 8 WM 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of May, 2024, the "Application for [L]eave to [F]ile Original Process" and the "Application for [L]eave to File Original Process" are GRANTED to the extent they seek leave to file original process and are DENIED in all other respects.